**Opinion filed November 19, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00221-CV

_____

## VANESSA BOLANOS, MAYRA BOLANOS, AND SHELIA WALTON AS NEXT FRIEND OF JUAN MANUEL BOLANOS, Appellants

## V.

## THE PURPLE GOAT, LLC, Appellee

### On Appeal from the 266th District Court
### Erath County, Texas
### Trial Court Cause No. CV35251

### M E M O R A N D U M   O P I N I O N

Appellants have filed two notices of appeal in this cause. Both notices of appeal relate to orders in which the trial court dismissed Appellants' claims against only one of the defendants named below: The Purple Goat, LLC. When the appeal was docketed, we informed Appellants that it did not appear that the order from which Appellants attempted to appeal was a final, appealable order, and we

requested that Appellants provide this court with a response showing grounds to continue this appeal. *See* TEX. R. APP. P. 42.3. When the second notice of appeal was filed, we informed Appellants that their response showing grounds to continue this appeal remained due for filing on or before November 12, 2020. Appellants have not filed a response addressing this court's concerns regarding the lack of finality of the trial court's orders. Instead, Appellants submitted an appellate brief on the merits. We dismiss this appeal.

We note that Appellants have not shown grounds upon which this appeal may continue, that Appellants have not obtained permission from the trial court for an interlocutory permissive appeal, and that Appellants have not requested that this appeal be abated for the entry of a final judgment.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* Because all parties and all claims have not been disposed of in the trial court, we do not currently have jurisdiction to consider this appeal.

We dismiss this appeal for want of jurisdiction.


November 19, 2020                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.